IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL SCOTT REEDER, #232010, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO.  2:11-cv-1012-TMH |
| ) | WO |
| KIM TOBIAS THOMAS, *et al.*, ) | |
| ) | |
| Respondents. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The petitioner's objection (Doc. #17) to the Recommendation of the Magistrate Judge filed on May 29, 2012 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #14) filed on May 1, 2012 is adopted;

3. The 28 U.S.C. § 2254 petition for habeas corpus relief is DENIED without prejudice; and

4. The motions seeking preliminary injunctions (Doc. #3-5) are DENIED as moot.

DONE this the 31st day of May, 2012.

/s/ Truman M. Hobbs
SENIOR UNITED STATES DISTRICT JUDGE